No. 139. INGELS, DIRECTOR OF MOTOR VEHICLE DE-PARTMENT ET AL. *v.* LORD ET AL. ▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓ June 15, 1937. Dismissed per stipulation. *Mr. Frank Richards* for appellants. *Mr. Warren E. Libby* for appellees.

No. 272. HARTMANN ET AL. *v.* MILWAUKEE ELECTRIC RY. & LIGHT CO. ▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓ July 30, 1937. Docketed and dismissed. No appearance for plaintiffs in error. *Mr. William F. Hannan* for defendant in error.

No. 95. EPPLEY ET AL., RECEIVERS, *v.* FREUDENHEIM ET AL. ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓ August 1, 1937. Dismissed per stipulation pursuant to Rule 35. *Messrs. William S. Moorhead* and *Arthur W. Henderson* for petitioners. *Mr. J. Roy Dickie* for respondents. ▓▓▓▓▓▓

No. 236. BAKER *v.* IOWA. ▓▓▓▓▓▓▓
▓▓▓▓▓▓ August 30, 1937. Dismissed per stipulation pursuant to Rule 35. *Messrs. John F. Devitt* and *A. G. Bush* for appellant. *Mr. T. J. Mahoney* for appellee. ▓▓▓▓▓▓

No. 86. IOWA CITY LIGHT & POWER CO. *v.* ICKES, FED-ERAL EMERGENCY ADMINISTRATOR OF PUBLIC WORKS, ET